IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| United States of America,           ) | |
|            Plaintiff,           ) | |
| v.                                  ) | CR. No. 8:04-1123-GRA |
| Willie Earl Clark,                  ) | **ORDER** |
|            Defendant.          ) | [Written Opinion] |

This matter is before this Court on Defendant's letter to the Court filed June 6, 2005 and Defendant's fourth motion for discovery filed July 11, 2005. For the reasons stated herein Defendant's motion for discovery is DENIED.

Defendant's letter filed June 6, 2005 indicates that Defendant is concerned about whether his appeal has been forwarded to the correct court. Defendant's interlocutory appeal was forwarded to the United States Court of Appeals for the Fourth Circuit on May 23, 2005.

On December 14, 2004, Defendant was indicted on charges of first degree murder (18 U.S.C. 1111(a)); possession of a prohibited item in a federal correctional facility (18 U.S.C. 1791(a)(2)); and making a false statement to a federal agent (18 U.S.C. 1001(a)(2)). On January 3, 2005, a psychiatric exam of the defendant was ordered pursuant to Title 18, United States Code, Sections 4241, 4242 and 4247(b) and (c). Defendant is currently in federal custody at the MCFP in Springfield,

Missouri, undergoing that evaluation.

Although Defendant has been appointed three (3) co-counsels in this case[1], he has filed this motions *pro se.*  Defendant has been appointed three attorneys to represent his interests in this case.  As instructed by prior Orders of this Court, motions filed with the Court must be filed by Defendant's counsel.  This motion is therefore DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

July 15, 2005

---

[1] Attorney Jessica Salvini was appointed by the court on January 5, 2005; Assistant Federal Public Defender Ben Stepp and Attorney Richard Veith were appointed by the court on January 6, 2005.  Attorney Richard Veith was appointed by the Fourth Circuit Court of Appeals to represent Defendant on his interlocutory appeal.

2